UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


COMPREHENSIVE CARE
CORPORATION,

     Plaintiff,

v.                                    Case No.: 8:09-cv-1375-T-24-TBM

JERRY KATZMAN, et al.,

     Defendants.

_____/


**ORDER**

     This cause comes before the Court on Plaintiff's Motion for Permission to Bring a

Laptop Computer (Doc. 69) into the Courthouse for a hearing set in this case on Monday,

November 23, 2009. Upon consideration, the motion is **GRANTED** as follows:

    (1)     Attorney Mark Guerrero shall be allowed to bring one laptop computer into the

           courthouse for a hearing in this case on Monday, November 23, 2009.

    (2)     Attorney Mark Guerrero shall present a copy of this Order to security personnel

           when he enters the courthouse with electronic equipment.  The electronic

           equipment is subject to inspection at any time by courthouse security personnel.

     **DONE AND ORDERED** at Tampa, Florida, this 20th day of November, 2009.


SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
U.S. Marshal/Courthouse Security Front Desk

1