UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMPREHENSIVE CARE
CORPORATION,

      Plaintiff,

v.                                                           Case No.: 8:09-cv-01375-T-24-TBM

JERRY KATZMAN,

      Defendant.
_____/

JERRY KATZMAN,
JARED KATZMAN,
LEE KATZMAN,
MICHELLE KATZMAN,

      Counter-Plaintiffs,

v.

COMPREHENSIVE CARE
CORPORATION,

      Counter-Defendant.
_____/

## ORDER ON
## MOTION TO EXTEND DEADLINE

      The Court now considers the motion to extend the May 1, 2010 discovery deadline to take the deposition of one witness, Clark Marcus, on May 11, 2010. (Doc. 134.)

      Because of the Magistrate Judge's willingness to make himself available to adjudicate disputes during this deposition on May 11, 2010, the Court will extend the discovery deadline

1

*only* as to this single deposition on May 11, 2010 and *only* as to those matters necessary to hold the deposition on May 11, 2010.  The Court denies the motion to the extent that it asks the Court to open the discovery period to adjudicate "all discovery matters arising from the deposition," including by subsequent motion through May 17, 2010.  This Order does **not** open the door for the Court to referee discovery disputes about new matters learned from the deposition or about disputes not essential to holding the deposition on May 11, 2010.

The Court expects the parties to work professionally and amicably to complete this deposition on May 11, 2010, with minimal or no Court intervention.

The parties may, on their own, conduct discovery after the discovery deadline, but the Court will not adjudicate any disputes after the discovery deadline.

This Order does **not** alter any other deadline in the Case Management & Scheduling Order.  All dispositive motions are due May 1, 2010.  To the extent the parties need to attach depositions to dispositive motions, any transcripts must be certified.

Therefore, the motion to extend discovery is **GRANTED IN PART and DENIED IN PART**.  (Doc. 134.)

**IT IS SO ORDERED.**

Done in Tampa, Florida, on April 27, 2010.

SUSAN C. BUCKLEW
United States District Judge

2