UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMPREHENSIVE CARE
CORPORATION,

        Plaintiff,

v.                                           Case No.: 8:09–cv–01375–T–24–TBM

JERRY KATZMAN,

        Defendant.
_____/

JERRY KATZMAN, JARED KATZMAN,
LEE KATZMAN, MICHELLE KATZMAN,

        Counter-Plaintiffs,

v.

COMPREHENSIVE CARE
CORPORATION,

        Counter-Defendant.
_____/

**ORDER DENYING
MOTION TO STRIKE AS MOOT**

      The Court now considers Defendant Jerry's Katzman's Motion to Strike (Doc. 200), which Plaintiff Comprehensive Care Corporation opposes. (Doc. 206.)

      In reviewing the evidence submitted in response to the Motion for Summary Judgment, the Court did not consider any inadmissible statements in affidavits submitted by Comprehensive Care. Because the Court did not consider inadmissible evidence, it is not necessary to strike the

1

inadmissible assertions in the Declaration of Clark A. Marcus, the co-chief executive officer of Comprehensive Care.  (Doc. 196-2.)

If these issues arise again at trial, the Court will make evidentiary rulings as needed at the appropriate time.

Therefore, the Motion to Strike (Doc. 200) is **DENIED as moot.**

**IT IS SO ORDERED.**

*Done on July 30, 2010.*

SUSAN C. BUCKLEW
United States District Judge