UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMPREHENSIVE CARE
CORPORATION,

       Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 8:09–cv–01375–T–24–TBM

JERRY KATZMAN,

       Defendant.
_____/

JERRY KATZMAN, JARED KATZMAN,
LEE KATZMAN, MICHELLE KATZMAN,

       Counter-Plaintiffs,

v.

COMPREHENSIVE CARE
CORPORATION,

       Counter-Defendant.
_____/

## ORDER DENYING
## MOTION FOR SANCTIONS

       The Court now considers the Motion for Sanctions under Rule 11 filed by Jerry Katzman and his children, Jared, Lee and Michelle Katzman. (Doc. 198.) Comprehensive Care Corporation opposes the motion. (Doc. 203.)

       For the reasons stated in the Court's Order Denying Summary Judgment, the Court does not find the pleadings to be objectively frivolous. The Court has already addressed the merits of

Comprehensive Care's Motion to Dismiss. (Doc. 162.) The Court previously admonished Comprehensive Care to file legal authority with its motions, as required by the Local Rules. Comprehensive Care's failure to do so, however, does not merit Rule 11 sanctions.

Therefore, the Motion for Sanctions (Doc. 198) is **DENIED**.

**IT IS SO ORDERED.**

*Done on July 30, 2010.*

SUSAN C. BUCKLEW
United States District Judge