UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMPREHENSIVE CARE
CORPORATION,

    Plaintiff,

v.                                    Case No. 8:09-cv-1375-T-24-TBM

JERRY KATZMAN, *et al*,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff Comprehensive Care Corporation's Second Consolidated Motion in Limine (Doc. No. 247) and Defendants' Motion to Strike and/or for Enlargement of Time to Respond to Plaintiff's Second Consolidated Motion in Limine. (Doc. No. 248).

According to the Court's Pretrial Order, the deadline for filing motions in limine was August 25, 2010. (Doc. No. 223). Plaintiff filed its Second Consolidated Motion in Limine on September 3, 2010. Due to the untimeliness of Plaintiff's motion, the Court grants Defendants' Motion to Strike Plaintiff's Second Consolidated Motion in Limine.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion to Strike is **GRANTED** and the Clerk is directed to strike the motion.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of September, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record