UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMPREHENSIVE CARE
CORPORATION,

      Plaintiff,

v.                                          Case No.  8:09-cv-1375-T-24 TBM

JERRY KATZMAN,

      Defendant.
_____/

JERRY KATZMAN, JARED KATZMAN,
LEE KATZMAN, and MICHELLE KATZMAN,

      Counter-Plaintiffs,

v.

COMPREHENSIVE CARE
CORPORATION,

      Counter-Defendant.
_____/

**ORDER**

      This cause comes before the Court on Dr. Katzman's Motion for Advancement, or in the alternative, for Final Judgment on Indemnification.  (Doc. 333).  Comprehensive Care opposes the Motion.  (Doc. 336).  Dr. Katzman moves this Court for advancement of legal fees and expenses incurred in litigating this case, or in the alternative, for final judgment on indemnification.

      In its Order Denying Dr. Katzman's Amended Motion for Summary Judgment, dated July 30, 2010, this Court denied Dr. Katzman's claim for advancement.  (Doc. 215 at 23).

Additionally, Dr. Katzman currently has a motion pending before this Court for final judgment as to indemnification. (Doc. 315). Thus, the instant Motion is duplicative and a waste of the Court's time and resources. Accordingly, Dr. Katzman's Motion for Advancement (Doc. 333) is DENIED.

**DONE AND ORDERED** at Tampa, Florida, this 28th day of January, 2011.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record