UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMPREHENSIVE CARE
CORPORATION,

      Plaintiff,

v.                                              Case No. 8:09-cv-1375-T-24 TBM

JERRY KATZMAN,

      Defendant.
_____/

JERRY KATZMAN, JARED KATZMAN,
LEE KATZMAN, and MICHELLE KATZMAN,

      Counter-Plaintiffs,

v.

COMPREHENSIVE CARE
CORPORATION,

      Counter-Defendant.
_____/

## **ORDER**

This cause comes before the Court on Comprehensive Care's Motion to Stay Enforcement of the Final Judgment Pending Determination of its Motion for Rehearing and/or Reconsideration and for Extension of Time to Respond to Dr. Katzman's Motions for Prejudgment Interest and Attorneys' Fees and Costs. (Doc. 347).

On January 28, 2011, the Court issued an Order (1) granting in part and denying in part Michelle, Lee, and Jared Katzman's motion for entry of final judgment as to the stock warrants and (2) granting in part and denying in part Dr. Katzman's motion for entry of final judgment as to indemnification and damages. (Doc. 338). On February 1, 2011, the Clerk entered final

judgment in favor of Michelle, Lee, and Jared Katzman and Dr. Katzman pursuant to the Order entered by the Court on January 28, 2011. (Doc. 339). On February 9, 2011, Dr. Katzman filed his motion for attorneys' fees and costs. (Doc. 340). On February 11, 2011, Dr. Katzman filed his motion for an award of prejudgment interest. (Doc. 343). On February 15, 2011, Comprehensive Care filed a motion for rehearing and/or reconsideration of the Court's January 28, 2011 Order. (Doc. 346). Also on February 15, 2011, Comprehensive Care filed the instant motion asking the Court to (1) stay enforcement of the final judgment in this case pending the Court's determination of Comprehensive Care's motion for rehearing and/or reconsideration and (2) extend the time Comprehensive Care has to file its responses to Dr. Katzman's motions for prejudgement interest and attorneys' fees and costs until 17 days from the date that this Court rules on the pending motion for rehearing and/or reconsideration. (Doc. 346)

Upon consideration, it is ORDERED AND ADJUDGED that the instant motion (Doc. 347) is GRANTED in its entirety, to the extent that:

(1) Pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, the enforcement of the final judgment in this case is stayed pending a determination of Comprehensive Care's motion for rehearing and/or reconsideration; and

(2) Comprehensive Care's responses to Dr. Katzman's motions for prejudgment interest and attorneys' fees and costs are due 17 days from the date that this Court rules on Comprehensive Care's motion for rehearing and/or reconsideration.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of February, 2011.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record