UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMPREHENSIVE CARE
CORPORATION,

    Plaintiff,

v.                                           Case No.  8:09-cv-1375-T-24 TBM

JERRY KATZMAN,

    Defendant.
_____/

JERRY KATZMAN, JARED KATZMAN,
LEE KATZMAN, and MICHELLE KATZMAN,

    Counter-Plaintiffs,

v.

COMPREHENSIVE CARE
CORPORATION,

    Counter-Defendant.
_____/

## **ORDER**

    This cause comes before the Court on Dr. Jerry Katzman's motion to require Comprehensive Care to post bond during pendency of stay of judgment.  (Doc. No. 353). Comprehensive Care opposes the motion.  (Doc. No. 354).

    Upon careful consideration of the instant motion and the response in opposition, it is ORDERED AND ADJUDGED that Dr. Katzman's motion to require Comprehensive Care to post bond during pendency of stay of judgment (Doc. No. 353) is GRANTED.  Accordingly, Comprehensive Care is directed to post a bond with this Court by March 4, 2011, in the amount

of $1,445,511.92[1] for the pendency of the stay of judgment.

**DONE AND ORDERED** at Tampa, Florida, this 1st day of March, 2011.

Copies to:
Counsel of Record

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

---

[1] This figure was calculated by adding the following amounts: (1) $1,305,456.00 – the judgment amount awarded to Dr. Katzman; (2) $132,292.08 – pre-judgment interest calculated pursuant to Florida Statutes Section 55.03; and (3) $7,763.84 – post-judgment interest calculated pursuant to 28 U.S.C. § 1961.