UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMPREHENSIVE CARE
CORPORATION,

      Plaintiff,

v.                                    Case No.  8:09-cv-1375-T-24 TBM

JERRY KATZMAN,

      Defendant.

_____/

JERRY KATZMAN, JARED KATZMAN,
LEE KATZMAN, and MICHELLE KATZMAN,

      Counter-Plaintiffs,

v.

COMPREHENSIVE CARE
CORPORATION,

      Counter-Defendant.

_____/

## ORDER

     This cause comes before the Court on Comprehensive Care's Emergency Motion to

Decrease Amount of Bond or to Extend Time to Obtain Bond.  (Doc. No. 359).

     On March 1, 2011, the Court entered an order granting Dr. Katzman's motion to require

Comprehensive Care to post bond during pendency of the stay of judgment.  (Doc. No. 357).

The Court directed Comprehensive Care to post a bond in the amount of $1,445,511.92 by

March 4, 2011.  On March 2, 2011, Comprehensive Care filed the instant motion requesting the

Court to extend the time to obtain a bond in the amount of $1,445,511.92 or to decrease the

amount of the bond it is required to post to $1,305,456.00.[1]

Upon careful consideration of the instant motion, it is ORDERED AND ADJUDGED that Comprehensive Care's  Emergency Motion to Decrease Amount of Bond or to Extend Time to Obtain Bond (Doc. No. 359) is GRANTED to the extent that Comprehensive Care is required to post a bond in the amount of $1,306,456.00 by March 4, 2011.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of March, 2011.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge

---

[1]Comprehensive Care states that it should be required to post a bond in the amount of $1,305,456.00 because this amount reflects the judgment amount awarded to Dr. Katzman. (Doc. No. 359 at 2).  However, upon review of the Judgment (Doc. No. 339), the actual judgment amount is $1,306,456.00.  The Court assumes this is a scrivener's error due to the fact that Dr. Katzman also incorrectly referred to the judgment amount as $1,305,456.00 in his motion for bond during pendency of stay of judgment (Doc. No. 353) and the Court incorrectly referred to the judgment amount as $1,305,456.00 in its order granting Dr. Katzman's motion for bond during pendency of stay of judgment (Doc. No. 357).