UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMPREHENSIVE CARE
CORPORATION,

      Plaintiff,

v.                                               Case No. 8:09-cv-1375-T-24 TBM

JERRY KATZMAN,

      Defendant.
_____/

JERRY KATZMAN, JARED
KATZMAN, LEE KATZMAN, and
MICHELLE KATZMAN,

      Counter-Plaintiffs,

v.

COMPREHENSIVE CARE
CORPORATION,

      Counter-Defendant.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff/Counter-Defendant Comprehensive Care Corporation's ("Plaintiff") Motion to Tax Appellate Costs. (Doc. No. 412). Defendants/Counter-Plaintiffs Jerry Katzman, Jared Katzman, Lee Katzman, and Michelle Katzman ("Defendants") oppose the motion. (Doc. No. 417). Plaintiff filed a reply brief. (Doc. No. 420). Defendants move for leave to file a supplemental response (Doc. No. 421), but the Court finds that a supplemental response is not necessary and denies Defendants' motion.[1]

---

[1] Defendants improperly attached their supplemental response to the motion. The Court will direct the Clerk to strike the attached supplemental response from the docket.

On February 14, 2013, the Eleventh Circuit issued its decision in the appeal of this case and reversed and remanded the judgment for money damage, as well as the judgment for fees and costs, and ordered a new trial on liability and damages. (Doc. No. 407). Additionally, the Eleventh Circuit taxed costs against Defendants. (Doc. No. 412, Ex. A). Thereafter, the Eleventh Circuit issued its mandate to this Court. (Doc. No. 408).

Plaintiff seeks five categories of appellate costs: (1) $390 in expenses paid for powers of attorney; (2) $910 in filing fees for the notices of appeal; (3) $71,508.69 in premiums for the appeal bond (after refunds were given); (4) $56,318.02 in letter of credit fees to secure the bond; and (5) $4,135.45 for transcripts. Defendants argue that the Court should stay taxation of the appellate costs until the new trial resolves the merits of the underlying case. The Court, however, is not inclined to stay taxation of the appellate costs, as there is no reason to do so.

Next, Defendants object to the amount of the premiums for the appeal bond, arguing that the amount is excessive. The Court rejects this argument, as $71,508.69 is the amount that it cost to secure the bond. Because Federal Rule of Appellate Procedure 39(e)(4) provides for the taxation of this cost, the Court will award the amount expended by Plaintiff.

Next, Defendants argue that amount paid for letter of credit fees to secure the bond is not taxable under Rule 39. Rule 39(e)(4) states that "premiums paid for a supersedeas bond or other bond to preserve rights pending appeal" are taxable. The rule does not state that *all costs* related to a supersedeas bond are taxable; instead, the rule limits taxable costs to the premiums paid. As such, the Court agrees with Defendants that the $56,318.02 in letter of credit fees to secure the bond should not be taxed.

Next, Defendants argue that the expenses paid for powers of attorney relating to the bond are not taxable. The Court agrees, as Rule 39(e)(4) provides that only the premiums paid for the bond are taxable. As such, the Court agrees with Defendants that the $390 in expenses paid for powers of attorney should not be taxed.

Defendants did not object to the taxation of the $910 in filing fees for the notices of appeal or the $4,135.45 for transcripts; therefore, such costs will be taxed (in addition to the bond premiums). As a result, the total amount taxed as costs is $76,554.14.

Accordingly, it is ORDERED AND ADJUDGED that:

(1) Defendants' motion for leave to file a supplemental response (Doc. No. 421) is **DENIED**.

(2) The Clerk is directed to **STRIKE** Defendants' supplemental response (attached at pages 4-11 of Doc. No. 421) and remove the image from the docket.

(3) Plaintiff's Motion to Tax Appellate Costs (Doc. No. 412) is **GRANTED IN PART AND DENIED IN PART**: The motion is **GRANTED** to the extent that Plaintiff is awarded appellate costs in the amount of $76,554.14; otherwise, the motion is **DENIED**.

(4) Plaintiff is directed to file an amended bill of costs based on this order by June 28, 2013.

**DONE AND ORDERED** at Tampa, Florida, this 21st day of June, 2013.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record